# RYAN V. KADYZEWSKI, P.A.
## Attorney at Law

Ryan V. Kadyszewski [1]



February 26, 2016

*Via U.S. Mail*

**Mr. & Mrs. Anthony Iaderosa**
20589 Abbey Drive
Frankfort, IL 60423

**Trident Holdings LLC**
*Attn: Anthony Iaderosa*
20589 Abbey Drive
Frankfort, IL 60423

**Advanced Inventory Management, Inc.**
*Attn: Anthony Iaderosa*
9645 W. Willow Lane
Mokena, IL 60448

**Mr. Richard Portis**
2770 Grace Road
Northbrook, IL 60062

**Silex LLC**
*Attn: Richard Portis*
2770 Grace Road
Northbrook, IL 60062

Re: **NOTICE OF INTENT TO CLAIM DAMAGES FOR CIVIL THEFT**

Dear Messrs. Iaderosa and Portis and Mrs. Iaderosa:

Please be advised that the undersigned represents John Webb. It is undisputed that my client, in connection with pari-mutuel wagering, has deposits in the amount of $646,000.00 that you have refused to return. Pursuant to §772.11(1), *Florida Statutes*, demand is hereby made that payment in the amount of **$1,938,000.00** (threefold the deposit amount) be made within thirty (30) days. Failure to comply with this demand will result in an action for civil theft against each of you, jointly and severally, which will include a claim for treble damages as well as a claim to recover attorney's fees and costs pursuant to §772.11(1), *Florida Statutes*. If you comply with this

*2560 RCA Boulevard, Suite 111, Palm Beach Gardens, Florida 33410*
*Telephone: 561-373-2774 / Facsimile: 561-206-0475*


EXHIBIT

**EXHIBIT A**

demand and pay the sum due, then each of you will be given a written release from any further liability relating to the above-referenced deposit amount.

Please govern yourselves accordingly.

Sincerely,

*Ryan V. Kadyszewski* (signature)

Ryan V. Kadyszewski

cc: John Webb

NOT A CERTIFIED COPY