ETHICON

PART OF THE Johnson & Johnson FAMILY OF COMPANIES

Shaping the future of surgery

JOHNSON & JOHNSON, ETHICON, INC., ETHICON US, LLC, and JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.,
Plaintiffs,

v.

ADVANCED INVENTORY MANAGEMENT, INC. d/b/a ESUTURES.COM, ANTHONY IADEROSA JR., JASON EINHORN, MIKE PHIPPS, and MUDASSAR SHAH,
Defendants.

---

**United States District Court, Northern District Of Illinois**
**Eastern Division**

**EXHIBIT F**

# Defendant Iaderosa Is Not Trustworthy

Witness Intimidation – Rachel Spillane

Mark Murnan

Private Investigator

"John must not have a good reputation in town because apparently someone torched his car."

"Is John working with the Feds?"

"Mark Murnan's comments to Ms. Spillane left me with the distinct understanding that I or my family members could be killed or seriously injured by Anthony Iaderosa, Jr. because

1) my daughter's school had received threating communications that referenced the Will County Lawsuit;
2) the private investigator hired by Anthony Iaderosa, Jr. knew where my mother's daughter worked; and
3) a vehicle had just been blown up mere steps from the house in which my eighty-year-old mother lived."

| Name | Account | Original Amount |
|---|---|---|
| Mark Murnan | eSutures.com-0900 | -5,000.00 |
| Mark Murnan | eSutures.com-0900 | -2,500.00 |

# Defendant Iaderosa Is Not Trustworthy

## Witness Intimidation – Pamela Lawson

To: Steven Simon[simon@acumenprobe.com]
From: Anthony Iaderosa[anthony@esutures.com]
Sent: Mon 3/5/2018 5:24:47 PM (UTC)
Subject: Re: AP Case #3401032016 - WEBB
R.3401032016.Webb.John.V1.pdf

HI Steve,
Would you be able to run a search and see if Webb has any outstanding tax liens personally or through his businesses that I might be able to buy? Check his Mom too. Pamela Lawson.
Let me know
thanks!

Anthony Iaderosa
eSutures.com
P: 888.416.2409 | F: 708.478.3519 | E: anthony@eSutures.com
9645 Willow Lane | Mokena, IL 60448

On Wed, Apr 6, 2016 at 5:53 PM, Steven Simon <simon@acumenprobe.com> [illegible]

Hey man. Hope the trip to the islands was good, you sure [illegible]

Attached is the report on Webb. As discussed I completed the [illegible] research in the Federal Courts. There are 4 cases in Palm Bea[illegible] without having someone pull the file down there on site. I fig[illegible] appear pertinent I will then have them pulled for identification [illegible] inquiries on certain places due to the common nature of his na[illegible] the report.

Any questions or follow up on this guy let me know. There's [illegible] you're looking for if this doesn't fully answer the question for [illegible]

Thanks

Regards,

Steven M. Simon
Acumen Probe LLC
Licensee in Charge
Illinois License #117-001088

**To:** Steven Simon[simon@acumenprobe.com]
**From:** Anthony Iaderosa[anthony@esutures.com]
**Sent:** Mon 3/5/2018 5:24:47 PM (UTC)
**Subject:** Re: AP Case #3401032016 - WEBB
R.3401032016.Webb.John.V1.pdf

HI Steve,
Would you be able to run a search and see if Webb has any outstanding tax liens personally or through his businesses that I might be able to

Check his Mom too. Pamela Lawson.

Let me know
thanks!

Anthony Iaderosa
eSutures.com
P: 888.416.2409 | F: 708.478.3519 | E: anthony@eSutures.com
9645 Willow Lane | Mokena, IL 60448

Exhibit 181

# Defendant Iaderosa Is Not Trustworthy

## Witness Intimidation – Pamela Lawson

To: Anthony Iaderosa[anthony@esutures.com]
From: Steven Simon[simon@acumenprobe.com]
Sent: Mon 4/23/2018 5:01:38 PM (UTC)
Subject: RE: AP Case #3401032016
[illegible]

Hey Anthony, hope all is well. Apologies for the delay but just got back in the office today after being out of town for 2 weeks. Regarding your questions:

1. Von Esselborn Inc. Lawson was the registered agent of Von Esselborn from 2012 – 2015. I've attached copies of the annual reports documenting this. She also reports in third party investigative databases I use as a manager / contact for the business.

2. The vehicles currently registered to her were documented on page 2 of the report. I double check this today and these remain the only two vehicles currently registered to her.

Let me know if you need anything else, I'll be around.

Regards-

Steven M. Simon
Acumen Probe LLC
Licensee in Charge
Illinois License #117-001088
simon@acumenprobe.com
www.acumenprobe.com

From: Anthony Iaderosa <anthony@esutures.com>
Sent: Monday, April 9, 2018 4:10 PM
To: Steven Simon <simon@acumenprobe.com>
Subject: Re: AP Case #3401032016

Hi Steve,
2 quick questions on lawson
1. what is her affiliation with the von esselborne company?
2. do you have a listing of vehicles she owns?

thanks!

Anthony Iaderosa
eSutures.com
P: 888.416.2409 | F: 708.478.3519 | E: anthony@eSutures.com
9645 Willow Lane | Mokena, IL 60448

On Thu, Nov 9, 2017 at 4:40 PM, Steven Simon <simon@acumenprobe.com> wrote:
Anthony-

Attached is the Lawson report. After your review I'd like to discuss contents within and overall investigative strategy. Note the info on Clematis LLC may be a string to pull there depending on objectives. Thanks.

Regards-

*Exhibit 208*

**From:** Anthony Iaderosa <anthony@esutures.com>
**Sent:** Monday, April 9, 2018 4:10 PM
**To:** Steven Simon <simon@acumenprobe.com>
**Subject:** Re: AP Case #3401032016

Hi Steve,
2 quick questions on lawson
1. what is her affiliation with the von esselborne company?
2. do you have a listing of vehicles she owns?

thanks!

Anthony Iaderosa
eSutures.com
P: 888.416.2409 | F: 708.478.3519 | E: anthony@eSutures.com
9645 Willow Lane | Mokena, IL 60448

# Defendant Iaderosa Is Not Trustworthy

IDENTIFICATION RESEARCH CONDUCTED

SUBJECT IDENTIFICATION

The below identified individual subject was provided by the client to be included in Background Level 1 research. Identification information was verified during preliminary phases of investigation as indicated.

| | VERIFIED DURING INVESTIGATION | NOTES |
|---|---|---|
| Name | Lawson, Sandra C | |
| Aliases | Cornelison, Sandra<br>Lawson, Sandra D<br>Lawson, Sandra M.<br>Webb, Sandra Cornelison<br>Sandi | |
| Residential Phone Number | None Identified as of Report | |
| Facebook Page | https://www.facebook.com/ssandisea | |
| LinkedIn Page | https://www.linkedin.com/in/sandra-lawson-5311b247/ | Probable Page |

## Currently Registered Vehicle | Florida Tag #HJGJ25: 2017 Land Rover Range Rover

| | Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| | Bill Pmt -Check | 16025 | 06/26/2018 | Acumen Probe | eSutures.com-0900 | | -5,035.20 |
| | Bill | 34010320166 | 05/08/2018 | | Security Services | -5,035.20 | 5,035.20 |
| TOTAL | | | | | | -5,035.20 | 5,035.20 |

Exhibit 184

Exhibit 207

## Defendant Iaderosa Is Not Trustworthy

Days later, Webb's mother's car was firebombed at her home.